UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TERRY BRADLEY (#352181)

VERSUS

TERRY TERRELL, ET AL.

CIVIL ACTION

NO. 09-0121-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the petitioner's application for habeas corpus relief shall be dismissed, with prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, ~~July~~ Aug 10, 2010.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#46862